# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES DORVIN SEGROVES,
                    Appellant,
              vs.
THE STATE OF NEVADA,
                    Respondent.

No. 80208

FILED

JAN 2 3 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to amend and retype the presentence investigation report. Ninth Judicial District Court, Douglas County; Thomas W. Gregory, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.          _____, J.
Hardesty                              Cadish

cc:   Hon. Thomas W. Gregory, District Judge
      Charles Dorvin Segroves
      Attorney General/Carson City
      Douglas County District Attorney/Minden
      Douglas County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

20-03236